UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVECOR, INC.,<br>        Plaintiff,<br>   v.<br>APPLE, INC.,<br>        Defendant. | Case No. 4:21-cv-03958-JSW<br><br>**CLERK'S NOTICE CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 21 |

YOU ARE HEREBY NOTIFIED that on October 8, 2021 at 9:00 a.m., the HONORABLE JEFFREY S. WHITE will conduct the Motion to Dismiss previously noticed for September 3, 2021, in this matter.

Dated: August 31, 2021

                                                    Susan Y. Soong
                                                    Clerk, United States District Court

                                                    By: _____
                                                    Jennifer Ottolini, Deputy Clerk to the
                                                    Honorable JEFFREY S. WHITE
                                                    jswcrd@cand.uscourts.gov