MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JASON C. LO (SBN 219030)
  jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AliveCor, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Apple Inc.,<br><br>    Defendant.<br><br>Apple Inc.,<br><br>    Counter-Claimant,<br><br>v.<br><br>AliveCor, Inc.,<br><br>    Counter-Defendant. | CASE NO. 4:21-CV-03958-JSW<br><br>**NOTICE OF WITHDRAWAL OF MARK A. PERRY**<br><br>Hon. Jeffrey S. White |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that Mark A. Perry hereby withdraws as attorney of record for |
| 3 | Defendant Apple Inc. in this action. Mr. Perry is no longer affiliated with Gibson, Dunn & Crutcher |
| 4 | LLP. |
| 5 | Counsel of record for Apple otherwise remains the same. |

DATED: May 9, 2022

Formerly of
GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Mark A. Perry*
         Mark A. Perry

*Attorney for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2022, the foregoing **NOTICE OF WITHDRAWAL** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED: May 9, 2022

By: */s/ Mark A. Perry*
      Mark A. Perry

*Attorney for Defendant Apple Inc.*