UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVECOR, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 21-cv-03958-JSW   (SK)<br><br>**ORDER REGARDING MOTION TO FILE UNDER SEAL**<br><br>Regarding Docket No. 87 |

Defendant Apple Inc. ("Apple") filed a motion to file an amended protective order and to file the entire amended order and supporting declaration under seal. The Court notes that requests to file under seal should be narrowly tailored, which the current motion is not. Moreover, Apple seeks to file under seal portions of the protective order which have already been publicly filed. The Court DENIES Apple's motion without prejudice. By no later than September 6, 2022, Apple shall file an amended motion to amend the protective order and to file portions of it under seal. Apple shall only request to seal the portions of the declaration and proposed amended order which are actually necessary to protect sensitive information. Moreover, Apple shall comply with Northern District Local Rule 79-5, including provisionally filing under seal an unredacted copy highlighting the portions which Apple requests to file under seal. Additionally, Apple shall inform the Court as to what changes to the protective order Apple is requesting and actually file a motion to approve the amended protective order. Lastly, the Court admonishes Apple that the undersigned requires parties to email their proposed orders to skpo@cand.uscourts.gov in Microsoft Word format.

/ / /

/ / /

/ / /

1    Apple's declaration and proposed amended protective order shall remain locked while the
2  Court awaits and considers Apple's amended motion.
3    **IT IS SO ORDERED**.
4  Dated: August 30, 2022

_____
SALLIE KIM
United States Magistrate Judge