QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for AliveCor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Apple Inc., <br><br> Defendant. | CASE NO. 4:21-cv-03958-JSW <br><br> **NOTICE OF WITHDRAWAL OF MICHELLE A. CLARK** |

Notice is hereby given of the withdrawal of appearance of Michelle A. Clark as counsel for Plaintiff AliveCor, Inc. ("AliveCor"), in the above referenced action, effective immediately. AliveCor continues to be represented by counsel with the law firm Quinn Emanuel Urquhart & Sullivan, LLP.

DATED: September 16, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Adam B. Wolfson
Sean Pak
Adam B. Wolfson
Andrew M. Holmes

*Attorneys for AliveCor, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2022, the foregoing NOTICE OF WITHDRAWAL OF MICHELLE A. CLARK was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED:  September 16, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Adam B. Wolfson*
Sean Pak
Adam B. Wolfson
Andrew M. Holmes

*Attorneys for AliveCor, Inc.*