QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for AliveCor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>           Plaintiff,<br><br>     vs.<br><br>Apple Inc.,<br><br>           Defendant. | CASE NO. 4:21-cv-03958-JSW<br><br>**PLAINTIFF ALIVECOR'S NOTICE OF AMENDED REPLY AND DECLARATION**<br><br>The Honorable Jeffrey S. White |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff AliveCor, Inc. ("AliveCor") respectfully provides notice of its Amended Reply in Support of its Motion for Leave to File Amended Complaint and corresponding Declaration of Adam Wolfson. AliveCor submits this amendment in response to Apple's request that AliveCor clarify certain statements in its reply brief and the supporting Declaration of Adam B. Wolfson. Clean copies of redacted versions of the amended filings are attached hereto as **Exhibit A** and **B**. Redlined copies for the Court's convenience are attached as **Exhibits C** and **D**. AliveCor accompanies this amendment with a motion to seal the unredacted versions.

DATED: September 19, 2022    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Adam B. Wolfson
Sean Pak
Adam B. Wolfson
Andrew M. Holmes

*Attorneys for Plaintiff AliveCor, Inc.*