1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Sean Pak (Bar No. 219032)
   seanpak@quinnemanuel.com
3  Andrew M. Holmes (Bar No. 260475)
   drewholmes@quinnemanuel.com
4  50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
6  Facsimile:     (415) 875-6700
7
   Adam Wolfson (Bar No. 262125)
8  adamwolfson@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
9  Los Angeles, California 90017
   Telephone:     (213) 443-3000
10 Facsimile:     (213) 443-3100
11
   *Attorneys for Plaintiff AliveCor, Inc.*

   CYNTHIA E. RICHMAN (*pro hac vice*)
   crichman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
   Telephone: 202.955.8500
   Facsimile: 202.467.0539

   JASON C. LO (SBN 219030)
   jlo@gibsondunn.com
   JENNIFER J. RHO (SBN 254312)
   jrho@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
   Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
   Facsimile: 213.229.7520

   *Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALIVECOR, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR RESPONSIVE BRIEFING TO DEFENDANT APPLE INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>The Honorable Jeffrey S. White |

1   Plaintiff AliveCor, Inc. ("Plaintiff") and Defendant Apple Inc. ("Apple"), through their
2   respective attorneys of record herein, hereby agree and stipulate as follows:
3   WHEREAS, Apple filed its Motion Dismiss First Amended Complaint on November 2,
4   2022;
5   WHEREAS, AliveCor's response to the Motion to Dismiss First Amended Complaint is
6   currently due on November 16, 2022;
7   WHEREAS, the parties have met and conferred and agreed to extend the deadlines for
8   responsive briefing, namely, to extend AliveCor's time to respond to the Motion to Dismiss First
9   Amended Complaint until November 23, 2022, and to extend Apple's time to reply to AliveCor's
10  response to Motion to Dismiss First Amended Complaint until December 10, 2022;
11  WHEREAS, the agreed-upon extensions will not alter or otherwise impact the date of any
12  event or any deadline already fixed by Court order;
13  THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties and
14  their respective counsel, pursuant to Civil L. R. 6-2, that AliveCor's deadline to respond to Motion
15  to Dismiss First Amended Complaint shall be extended until November 23, 2022, Apple's
16  deadline to reply to AliveCor's response to Motion to Dismiss First Amended Complaint shall be
17  extended until December 10, 2022, and the hearing on Apple's Motion to Dismiss First Amended
18  Complaint be reset to January 6, 2023, at 9:00 a.m. or another date and time convenient to the
19  Court.
20
21  **IT IS SO STIPULATED.**
22  DATE:  November 10, 2022        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
23
                                    */s/   Adam Wolfson*
24                                  Sean Pak
                                    Andrew M. Holmes
25                                  50 California Street, 22nd Floor
                                    San Francisco, California 94111-4788
26                                  Telephone: (415) 875-6600
27                                  Adam B. Wolfson
                                    865 S. Figueroa Street, 10th Floor
28                                  Los Angeles, California 90017

STIPULATION FOR EXTENSION OF TIME FOR RESPONSIVE BRIEFING TO
DEFENDANT APPLE INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
Case No. 4:21-CV-03958-JSW-SK

|   |   |
|---|---|
|   | Telephone: (213) 443-3000 |
|   | *Attorneys for Plaintiff AliveCor, Inc.* |
| DATE:  November 10, 2022 | **GIBSON DUNN & CRUTCHER LLP** |
|   | */s/ Jason Lo*  |
|   | Cynthia E. Richman |
|   | 1050 Connecticut Avenue, N.W. |
|   | Washington, DC 20036-5306 |
|   | Telephone: 202.955.8500 |
|   |   |
|   | Jason C. Lo |
|   | Jennifer J. Rho |
|   | 333 South Grand Avenue |
|   | Los Angeles, CA 90071-3197 |
|   | Telephone: 213.229.7000 |
|   | *Attorneys for Defendant Apple Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  _____         _____

JEFFREY S. WHITE
United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

DATE:  November 10, 2022                             */s/ Adam Wolfson*