# EXHIBIT N

**Filed Under Seal**
**Highly Confidential – Attorneys' Eyes Only**