UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Apple Inc.,<br><br>　　　　　　Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO ALIVECOR, INC.'S MOTION FOR AN ADVERSE JURY INSTRUCTION**<br><br>The Honorable Jeffrey S. White |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 4:21-CV-03958-JSW-SK

The Court, having reviewed Defendant Apple Inc.'s Administrative Motion for Leave to File Sur-Reply to AliveCor, Inc.'s Motion for Adverse Jury Instruction (the "Motion"), hereby **ORDERS AS FOLLOWS:**

- Defendant's Motion is **GRANTED**

**IT IS SO ORDERED**

Dated: _____, 2023               By: _____
                                              The Honorable Jeffrey S. White
                                              United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 4:21-CV-03958-JSW-SK