| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Sean Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>Andrew M. Holmes (Bar No. 260475)<br>drewholmes@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Adam Wolfson (Bar No. 262125)<br>adamwolfson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Plaintiff AliveCor, Inc.* | CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JASON C. LO (SBN 219030)<br>jlo@gibsondunn.com<br>JENNIFER J. RHO (SBN 254312)<br>jrho@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALIVECOR, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>ORDER GRANTING<br>**STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING AND SEALING AND EXPERT DISCOVERY DEADLINE**<br><br>The Honorable Jeffrey S. White |

| | |
|---|---|
| 1 | Plaintiff AliveCor, Inc. ("Plaintiff") and Defendant Apple Inc. ("Apple"), through their |
| 2 | respective attorneys of record herein, hereby agree and stipulate as follows: |
| 3 | WHEREAS, the Court issued an Order Scheduling Trial and Pretrial Matters and Vacating |
| 4 | Case Management Conference on May 17, 2022, in which the Court set various deadlines in this |
| 5 | case, *see* Dkt. 58; |
| 6 | WHEREAS, the Court amended the deadlines set in the initial Order Scheduling Trial and |
| 7 | Pretrial Matters and Vacating Case Management Conference on October 18, 2022, *see* Dkt. 104; |
| 8 | WHEREAS, the parties have conferred and determined that in order to accommodate |
| 9 | scheduling for expert witness depositions, it would be beneficial to extend the deadline to |
| 10 | complete expert discovery from June 5, 2023 to June 22, 2023; |
| 11 | WHEREAS, the agreed-upon extension would not affect the Pretrial Conference, Jury |
| 12 | Selection, Trial Date, Deadline to File Dispositive Motions, or Last Day to Hear Dispositive |
| 13 | Motions; |
| 14 | WHEREAS, the parties are aware that the Court indicates in its standing order for civil |
| 15 | cases that it strongly prefers a four-brief schedule in cases where the parties cross-move for |
| 16 | summary judgment, *see* J. White Civil Standing Order at 8; |
| 17 | WHEREAS, the parties have conferred and determined that each intends to move for |
| 18 | summary judgment, and agreed to the below briefing schedule and page limits for a four-brief |
| 19 | summary judgment briefing schedule, consistent with the existing case deadlines and the Court's |
| 20 | Standing Order for Civil Cases, listed below; |
| 21 | WHEREAS, the parties have conferred regarding a sealing procedure for summary |
| 22 | judgment briefing and associated exhibits and supporting materials, and determined that a |
| 23 | modified sealing procedure would be most efficient in preserving the parties' confidential business |
| 24 | information without burdening the Court with serial sealing motions; |
| 25 | WHEREAS, the parties agree to file their summary judgment briefs and associated exhibits |
| 26 | and supporting materials under seal initially, and file a consolidated set of sealing materials— |
| 27 | including redacted briefs, exhibits, and supporting documents—after summary judgment briefing |
| 28 | is complete; |

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties and their respective counsel, pursuant to Civil L. R. 6-2, that the deadlines and page limits specified below shall apply:

| Event | Date | Page Limit |
|---|---|---|
| Deadline to Exchange Response Expert Reports | May 22, 2023 (unchanged) | N/A |
| Close of Expert Discovery | June 22, 2023 (previously June 5, 2023) | N/A |
| AliveCor files Motion for Summary Judgment | June 29, 2023 | 20 Pages |
| Apple files Motion for Summary Judgment and Opposition to AliveCor's Motion | July 27, 2023 | 45 Pages |
| AliveCor files Reply and Opposition to Apple's Motion | August 24, 2023 | 45 Pages |
| Apple files Reply | September 21, 2023 | 20 Pages |
| The parties file consolidated sealing materials pursuant to LR 79-5 for all briefs and associated materials | October 12, 2023 | N/A |

IT IS SO STIPULATED.

DATE: April 27, 2023      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Adam Wolfson*
Sean Pak
Andrew M. Holmes
50 California Street, 22nd Floor
San Francisco, California 941114788
Telephone: (415) 875-6600

Adam B. Wolfson
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

*Attorneys for Plaintiff AliveCor, Inc.*

DATE: April 27, 2023      **GIBSON DUNN & CRUTCHER LLP**

*/s/ Cynthis Richman*
Cynthia E. Richman
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

Jason C. Lo
Jennifer J. Rho
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: April 28, 2023

JEFFREY S. WHITE
United States District Judge

STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING AND SEALING AND
EXPERT DISCOVERY DEADLINE
Case No. 4:21-CV-03958-JSW-SK