UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALIVECOR, INC.,

       Plaintiff,

   v.

APPLE, INC.,

       Defendant.

Case No. 21-cv-03958-JSW

**ORDER REGARDING ALIVECOR'S MOTION FOR ADVERSE JURY INSTRUCTION**

      The Court has issued an Order denying AliveCor's motion for an adverse jury instruction, which will be conditionally filed under seal. By no later than May 26, 2023, the parties are ORDERED to file a joint statement to the Court that identifies by page and line and that is supported by authority the portions of the Order they believe should be maintained under seal. Once the Court has received and considered that statement, it will issue a publicly filed version of the Order. If no statement is filed by that date, the Court will file the Order unredacted in the public record.

      **IT IS SO ORDERED.**

Dated: May 18, 2023

_____
JEFFREY S. WHITE
United States District Judge