| | |
|---|---|
| 1 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) |
| 2 | crichman@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036-5306 |
| 4 | Telephone: 202.955.8500 |
| | Facsimile: 202.467.0539 |
| 5 | |
| | NICOLA T. HANNA (SBN 130694) |
| 6 | nhanna@gibsondunn.com |
| | DANIEL G. SWANSON (SBN 116556) |
| 7 | dswanson@gibsondunn.com |
| | JASON C. LO (SBN 219030) |
| 8 | jlo@gibsondunn.com |
| | JENNIFER J. RHO (SBN 254312) |
| 9 | jrho@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 10 | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| 11 | Telephone: 213.229.7000 |
| | Facsimile: 213.229.7520 |
| 12 | |
| | CAELI A. HIGNEY (SBN 268644) |
| 13 | chigney@gibsondunn.com |
| | JULIAN W. KLEINBRODT (SBN 302085) |
| 14 | jkleinbrodt@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 15 | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| 16 | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| 17 | |
| | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AliveCor, Inc., | CASE NO. 4:21-CV-03958-JSW-SK |
| Plaintiff, | **DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DR. ROOZBEH JAFARI** |
| v. | |
| Apple Inc., | |
| Defendant. | The Honorable Jeffrey S. White |

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
ITS DAUBERT MOTION TO EXCLUDE THE TESTIMONY OF DR. ROOZBEH JAFARI
CASE NO. 4:21-CV-03958-JSW-SK

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 7-11, 79-5, and the Court's order on the parties' stipulation regarding sealing of summary judgment filings (Dkt. No. 174), Defendant Apple Inc. ("Apple") respectfully submits this interim motion to seal and to consider whether another party's material should be sealed.

Apple moves to provisionally file under seal Apple Inc.'s *Daubert* Motion to Exclude the Testimony of Dr. Roozbeh Jafari and related materials. The parties stipulated to a modified sealing procedure in connection with summary judgment briefing and any related filings. Dkt. 174 ("Stipulation Regarding Summary Judgment Briefing and Sealing and Expert Discovery Deadline"). The Court granted the stipulation on April 28, 2023, in an Order that states the parties may "file their summary judgment briefs and associated exhibits and supporting materials under seal initially, and file a consolidated set of sealing materials—including redacted briefs, exhibits, and supporting documents—after summary judgment briefing is complete." *Id.* at 3. Pursuant to that stipulation, Apple submits its "summary judgment brief[] and associated exhibits and supporting materials under seal" and will submit its consolidated set of sealing materials once summary judgment briefing is complete. *Id.* The reasons for sealing will be discussed in a forthcoming sealing motion as part of that consolidated set of sealing materials.

In particular, Apple seeks to provisionally seal the following materials:

| **Document** | **Portion to Be Filed Under Seal** | **Designating Party** |
|---|---|---|
| Apple Inc.'s *Daubert* Motion to Exclude Opinions and Testimony of Dr. Roozbeh Jafari | Entire document | Apple and/or AliveCor |
| [Proposed] Order Granting Apple Inc.'s *Daubert* Motion to Exclude Opinions and Testimony of Dr. Roozbeh Jafari | Entire document | Apple and/or AliveCor |

Apple seeks to seal information designated confidential or highly confidential by Apple and by AliveCor. Apple takes no position on the merits of the confidentiality designations by AliveCor.

For the foregoing reasons, Apple respectfully requests that the Court grant Apple's Administrative Motion to Seal.

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
ITS DAUBERT MOTION TO EXCLUDE THE TESTIMONY OF DR. ROOZBEH JAFARI
CASE NO. 4:21-CV-03958-JSW-SK

1  DATED: July 27, 2023            GIBSON, DUNN & CRUTCHER LLP

2                                  By: /s/ *Caeli A. Higney*
3                                      Caeli A. Higney

4                                  *Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
ITS DAUBERT MOTION TO EXCLUDE THE TESTIMONY OF DR. ROOZBEH JAFARI
CASE NO. 4:21-CV-03958-JSW-SK