CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

NICOLA T. HANNA (SBN 130694)
  nhanna@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
  jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>                    Plaintiff,<br><br>   v.<br><br>Apple Inc.,<br><br>                    Defendant. | CASE NO. 4:21-CV-03958-JSW<br><br>**DEFENDANT APPLE INC.'S NOTICE OF *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DR. ROOZBEH JAFARI**<br><br>Date:   October 6, 2023<br>Time:   9:00 am<br>Place:  Courtroom 5, 2nd Floor<br><br>The Honorable Jeffrey S. White |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 6, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the U.S. District Court for the Northern District of California, Courtroom 5, 2nd Floor, Federal Courthouse, Defendant Apple Inc., through its undersigned counsel, will, and hereby does, move to exclude certain opinions of Plaintiff AliveCor, Inc.'s expert Dr. Roozbeh Jafari under Federal Rule of Evidence 702 given it is not reliable under *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590 (1993), and related authorities. This Motion is supported by this Notice of Motion; the Motion and Memorandum of Points and Authorities filed herewith; the Proposed Order filed herewith; all exhibits filed in support; the pleadings and papers on file herein; and such other matters that may be presented to the Court at the hearing.