CYNTHIA RICHMAN (*pro hac vice*)
   CRichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

NICOLA T. HANNA (SBN 130694)
   nhanna@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
   dswanson@gibsondunn.com
JASON C. LO, SBN 219030
   JLo@gibsondunn.com
JENNIFER RHO, SBN 254312
   JRho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
   CHigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
   JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>       Plaintiff,<br><br>  v.<br><br>Apple Inc.,<br><br>       Defendant. | CASE NO. 4:21-cv-03958-JSW-SK<br><br>**OPPOSITION TO PLAINTIFF ALIVECOR, INC.'S MOTION TO STRIKE AND EXCLUDE PORTIONS OF REPORT AND TESTIMONY OF SARAH BUTLER**<br><br>Date:    October 6, 2023<br>Time:   9:00 a.m.<br>Place:   Courtroom 5, 2nd Floor<br><br>The Honorable Jeffrey S. White |

Gibson, Dunn &
Crutcher LLP

OPPOSITION TO MOTION TO EXCLUDE PORTIONS OF REPORT AND TESTIMONY OF SARAH BUTLER
CASE NO. 4:21-CV-03958-JSW-SK