CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

NICOLA T. HANNA (SBN 130694)
  nhanna@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
  jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>              Plaintiff,<br><br>     v.<br><br>Apple Inc.,<br><br>              Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF JASON C. LO**<br><br>The Honorable Jeffrey S. White |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
DECLARATION OF JASON C. LO
CASE NO. 4:21-CV-03958-JSW-SK

Pursuant to Civil Local Rule 7-11, 79-5, and the Court's order on the parties' stipulation regarding sealing of summary judgment filings (Dkt. No. 174), Defendant Apple Inc. ("Apple") respectfully submits this interim motion to seal and to consider whether another party's material should be sealed.

Apple moves to provisionally file under seal the Declaration of Jason C. Lo and related materials. The parties stipulated to a modified sealing procedure in connection with summary judgment briefing and any related filings. Dkt. 174 ("Stipulation Regarding Summary Judgment Briefing and Sealing and Expert Discovery Deadline"). The Court granted the stipulation on April 28, 2023, in an Order that states the parties may "file their summary judgment briefs and associated exhibits and supporting materials under seal initially, and file a consolidated set of sealing materials—including redacted briefs, exhibits, and supporting documents—after summary judgment briefing is complete." *Id.* at 3. Pursuant to that stipulation, Apple submits its "summary judgment brief[] and associated exhibits and supporting materials under seal" and will submit its consolidated set of sealing materials once summary judgment briefing is complete. *Id.* The reasons for sealing will be discussed in a forthcoming sealing motion as part of that consolidated set of sealing materials.

In particular, Apple seeks to provisionally seal the following materials:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 1 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 2 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 3 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 4 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 5 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 6 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 7 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 8 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 9 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF JASON C. LO
CASE NO. 4:21-CV-03958-JSW-SK

| | | |
|---|---|---|
| Exhibit 10 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 11 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 12 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 13 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 14 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 15 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 16 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 17 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 18 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 19 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 20 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 21 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 22 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 23 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 24 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 25 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 26 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 27 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 28 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 29 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 30 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 31 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 32 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 33 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 34 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 35 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
DECLARATION OF JASON C. LO
CASE NO. 4:21-CV-03958-JSW-SK

| Exhibit 36 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
|---|---|---|
| Exhibit 37 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 38 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 39 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 40 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 41 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 42 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 43 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 44 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 45 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 46 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 47 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 48 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 49 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 50 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 51 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 52 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 53 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 54 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 55 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 56 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 57 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 58 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 59 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 60 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 61 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF JASON C. LO
CASE NO. 4:21-CV-03958-JSW-SK

| | | |
|---|---|---|
| Exhibit 62 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 63 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 64 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |
| Exhibit 65 to the Declaration of Jason C. Lo | Entire document | Apple and/or AliveCor |

Apple seeks to seal information designated confidential or highly confidential by Apple and by AliveCor. Apple takes no position on the merits of the confidentiality designations by AliveCor.

For the foregoing reasons, Apple respectfully requests that the Court grant Apple's Administrative Motion to Seal.

DATED: July 27, 2023                    GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jason C. Lo*
Jason C. Lo

*Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
DECLARATION OF JASON C. LO
CASE NO. 4:21-CV-03958-JSW-SK