| | |
|---|---|
| 1 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) |
| 2 | crichman@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 1050 Connecticut Avenue, N.W. |
|   | Washington, DC 20036-5306 |
| 4 | Telephone: 202.955.8500 |
|   | Facsimile: 202.467.0539 |

**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**

5

NICOLA T. HANNA (SBN 130694)
  nhanna@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
  jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AliveCor, Inc.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Apple Inc.,<br><br>　　　　Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**DECLARATION OF JASON C. LO IN SUPPORT OF APPLE'S COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO ALIVECOR'S MSJ; MOTIONS TO EXCLUDE DR. JAFARI AND DR. CRAGG; AND OPPOSITIONS TO ALIVECOR'S MOTIONS TO EXCLUDE DR. STIROH AND MS. BUTLER**<br><br>The Honorable Jeffrey S. White |

LO DECLARATION ISO APPLE'S COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO ALIVECOR'S MSJ; MOTIONS TO EXCLUDE JAFARI AND CRAGG; OPPOSITIONS TO MOTIONS TO EXCLUDE STIROH AND BUTLER
CASE NO. 4:21-CV-03958-JSW-SK

Gibson, Dunn & Crutcher LLP