UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVECOR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 21-cv-03958-JSW<br><br>**ORDER VACATING TRIAL DATE AND DENYING WITHOUT PREJUDICE JOINT STIPULATION REGARDING PRETRIAL DEADLINES**<br><br>Re: Dkt. No. 253 |

Now before the Court is the parties' Joint Stipulation Regarding Pretrial Deadlines (Dkt. No. 253). Cross-motions for summary judgment and *Daubert* motions remain pending. Accordingly, the Stipulation is DENIED WITHOUT PREJUDICE. The Trial Date, Pretrial Conference, and associated deadlines are VACATED pending resolution of the parties' summary judgment motions.

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____
JEFFREY S. WHITE
United States District Judge