CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

NICOLA T. HANNA (SBN 130694)
  nhanna@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
  jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>            Plaintiff,<br><br>     v.<br><br>Apple Inc.,<br><br>            Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**RESPONSE AND REQUEST FOR CLARIFICATION RE ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO PERMANENTLY FILE UNDER SEAL (DKT. 254)**<br><br>The Honorable Jeffrey S. White |

RESPONSE AND REQUEST FOR CLARIFICATION RE ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO PERMANENTLY FILE UNDER SEAL (DKT. 254)
CASE NO. 4:21-CV-03958-JSW-SK

Gibson, Dunn & Crutcher LLP

Defendant Apple Inc. submits this response and request for clarification pursuant to the Court's Order Granting in Part And Denying in Part Motions to Permanently File under Seal Certain Materials Filed in Connection with Motion for Summary Judgment Briefing. Dkt. 254 ("the Order").

## I. The Parties' Responses to the Court's Order

On November 2, 2023, Plaintiff AliveCor, Inc and Apple Inc. (collectively, "the Parties") filed omnibus motions to seal certain materials filed in connection with the Parties' summary judgment, *Daubert* briefing, and related filings. *See* Dkts. 249 and 250. On November 13, 2023, the Court issued its Order in response to the Parties' requests to seal. Dkt. 254. The Order included one request for Apple to clarify certain requests to seal. Apple responds as follows:

| Dkt. Nos. | Document | Court Order | Response |
|---|---|---|---|
| 191-18; 222-43 | Rebuttal Expert Report of Dr. Michael Cragg | "The Court ORDERS Apple to clarify whether it seeks to fully seal this document or whether it only seeks sealing as to the highlighted portions. Apple shall submit its clarification no later than November 27, 2023." Dkt. 254 at 4-5. | Apple requests sealing only the highlighted portions of the document. |

## II. Apple's Request for Clarification

Apple requests the Court's permission to file all of the public versions of its summary judgment, *Daubert* briefing, and related filings at the same time, twenty-one (21) days after the Court's ruling on the response provided above.

DATE: November 27, 2023    **GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Jason C. Lo*
Cynthia E. Richman
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500

Nicola T. Hanna
Daniel G. Swanson
Jason C. Lo
Jennifer J. Rho
333 South Grand Avenue

1

Gibson, Dunn & Crutcher LLP

RESPONSE AND REQUEST FOR CLARIFICATION RE ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO PERMANENTLY FILE UNDER SEAL (DKT. 254)
CASE NO. 4:21-CV-03958-JSW-SK

Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Caeli A. Higney
Julian W. Kleinbrodt
555 Mission Street, Suite 3000
San Francisco, Ca 94105-0921
Telephone: (415) 393-8200

*Attorneys for Defendant Apple Inc.*

2
RESPONSE AND REQUEST FOR CLARIFICATION RE ORDER GRANTING IN PART AND DENYING IN PART
MOTIONS TO PERMANENTLY FILE UNDER SEAL (DKT. 254)
CASE NO. 4:21-CV-03958-JSW-SK

Gibson, Dunn &
Crutcher LLP