```
 1  CYNTHIA E. RICHMAN (D.C. Bar No.
    492089; pro hac vice)
 2     crichman@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
 3  1050 Connecticut Avenue, N.W.
    Washington, DC 20036
 4  Telephone:  202.955.8500
    Facsimile:  202.467.0539
 5
    NICOLA T. HANNA (SBN 130694)
 6     nhanna@gibsondunn.com
    DANIEL G. SWANSON (SBN 116556)
 7     dswanson@gibsondunn.com
    JASON C. LO (SBN 219030)
 8     jlo@gibsondunn.com
    JENNIFER J. RHO (SBN 254312)
 9     jrho@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
10  333 South Grand Avenue
    Los Angeles, CA 90071
11  Telephone:  213.229.7000
    Facsimile:  213.229.7520
12
    CAELI A. HIGNEY (SBN 268644)
13     chigney@gibsondunn.com
    JULIAN W. KLEINBRODT (SBN 302085)
14     jkleinbrodt@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
15  One Embarcadero Center, Suite 2600
    San Francisco, CA 94111-3715
16  Telephone:  (415) 393-8200
    Facsimile:  (415) 393-8306
17
18  Attorneys for Defendant Apple Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Apple Inc.,<br><br>                    Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**NOTICE OF FILING PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL (DKTS. 254, 258-59)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On November 13, 2023, the Court issued its Order Granting in Part and Denying in Part Motions to Permanently File Under Seal Certain Materials Filed in Connection with Motion for Summary Judgment Briefing and sought clarification from Plaintiff AliveCor, Inc. and Defendant Apple Inc. (collectively, "the Parties") regarding several requests to seal. Dkt. 254. On November 27, 2023, the Parties filed their responses. Dkts. 256-57. On November 29, 2023, the Court granted the Parties' clarified requests and directed the Parties to file the documents responsive to the Court's November 27, 2023 Order. Dkts. 258-59.

Apple now files the responsive documents in compliance with the Court's Order as follows: Dkts. 212-03; 212-04; 213-03; 213-04; 216-03; 216-04; 218-03; 218-04; 220-03; 220-04; 220-05; 220-06; 220-07; 220-08; 220-09; 220-15; 220-16; 220-17; 220-18; 220-19; 220-20; 220-21; 220-22; 222-03; 222-04; 222-05; 222-06; 222-07; 222-08; 222-09; 222-10; 222-12; 222-13; 222-20; 222-21; 222-22; 222-24; 222-26; 222-28; 222-30; 222-31; 222-32; 222-33; 222-34; 222-35; 222-36; 222-39; 222-40; 222-42; 222-43; 222-53; 222-54; 222-57; 222-58; 222-59; 222-64; 222-65; 222-66; 222-67; 222-68; 230-03; 230-04; 236-03; and 240-03.

DATED:  December 20, 2023

By:  /s/ *Jason C. Lo*
Jason C. Lo

*Attorney for Defendant Apple Inc.*