**Dkt. 222-30**

# EXHIBIT 27
# Filed Under Seal

|        |                                     |
|-------:|:------------------------------------|
| **Subject:** | SmartRhythm |
| **From:** | "Christopher Tan" <█████████████> |
| **Received(Date):** | Fri, 30 Aug 2019 19:23:14 +0000 |
| **To:** | <█████████████> |
| **Date:** | Fri, 30 Aug 2019 19:23:14 +0000 |

Hey Frank,

Our team noticed this comment regarding discontinuation of your SmartRhythm feature.  Curious to know what you mean by  "changes beyond our control in the Apple Watch operating system", and if this is something we could address.

https://alivecor.zendesk.com/hc/en-us/articles/360025110774-Why-was-SmartRhythm-discontinued-

This was due to changes beyond our control in the Apple Watch operating system, which caused SmartRhythm to perform below our quality standards.

Also, if you're interested, as of watchOS 6 there is a new Health Monitoring Extended Runtime API, for which SmartRhythm may be a good fit for…please let me know if you apply.

https://developer.apple.com/contact/request/health-monitoring/

Regards,

   Chris

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
APL-ALVCOR_00079528