# Dkt. 222-35

# EXHIBIT 32
# Filed Under Seal

Message

| | |
|---|---|
| **From:** | do_not_reply@apple.com [do_not_reply@apple.com] |
| **Sent:** | 8/8/2018 3:34:23 PM |
| **To:** | |
| **Subject:** | iTunes Paid Applications Agreement |
| **Attachments:** | MS121882425_Paid Applications v108b.pdf |

 iTunes Connect

Dear Edgar Lopez,

The Paid Applications contract that you agreed to on iTunes Connect is attached for your records.

Please use the Contracts section of iTunes Connect to provide your contact, banking and tax information. All required information must be provided in order to receive payment.

If you have any questions, please Contact Us.

Regards,

The iTunes Connect team

Contact Us | iTunes Connect | One Apple Park Way, Cupertino, CA 95014

Privacy Policy | Terms of Service | Terms of Sale

Highly Confidential—Attorney's Eyes Only                                                                                                                AliveNDCal_04649133