# Dkt. 222-66

# EXHIBIT 63
# Filed Under Seal

|  |  |
|---|---|
| **Subject:** | Re: Kardia, Use of API |
| **From:** | "Bohdan Kosenko" <​​​​​​​> |
| **Received(Date):** | Thu, 01 Mar 2018 18:32:59 +0000 |
| **To:** | "Frank Petterson" <​​​​​​​> |
| **Cc:** | "Christopher Tan" <​​​​​​​> |
| **Date:** | Thu, 01 Mar 2018 18:32:59 +0000 |

Hi Frank,

Thank you for submitting the app and for providing this additional information. It's been sent to review, and we will provide further status as soon as we are able.

Best Regards,

Bohdan

App Store Review

On Feb 28, 2018, at 11:15 PM, Frank Petterson <​​​​​​​> wrote:

**To Bohdan, Chris,**

**We have resubmitted the app including an amended App Store description to accurately portray SmartRhythm as a workout feature and as primary/core to the app. Here is the relevant paragraph:**

**SmartRhythm workout monitoring is a system that takes your heart rate and activity data gathered from the Apple Watch during workouts, and evaluates it using a deep neural network to predict your heart rate pattern. If your heart rate differs from the neural network prediction, SmartRhythm will notify you to record an EKG with your KardiaMobile or KardiaBand. Kardia integrates with Apple Health to monitor users heart rate during workout.**

Additionally, please see the attached PDF for an insight into our marketing. We're giving you a very confidential preview so that you can see that we are we are holistically looking at this feature as both a primary aspect of the app (it's directly referring to this specific feature) and that it's a workout feature (the entire thing is a jogger running).

**Thanks,**

**Frank**

On Mon, Feb 26, 2018 at 12:20 PM, Bohdan Kosenko <​​​​​​​> wrote:

> Hello Frank,
>
> Thank you for your time on the phone. I've included the guideline text again for your reference, as well as some links to Apple Developer documentation and the Human Interface Guidelines that you may find helpful.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLYAPL-ALVCOR_00078391

---

<h3>Guideline 2.5.1 - Performance - Software Requirements</h3>

We noticed that your app uses the HKWorkoutSession API, but it does not appear to include any primary features that require fitness data.

The intended use of HKWorkoutSession is to share fitness data with other apps or devices, and it should be used only in apps that require this data as a part of the app's core functionality (i.e for fitness apps with primary fitness features).

To resolve this issue, please remove this HealthKit functionality from your app, as well as any references to this app's interactivity with HKWorkoutSession from the app or its metadata.

---

As requested, I've included a couple of links for your reference below:

https://developer.apple.com/documentation/healthkit/hkworkoutsession

(information about HKWorkoutSession and workouts/workout sessions)

https://developer.apple.com/watchos/human-interface-guidelines/system-capabilities/health-and-fitness/

(information about workout sessions - see the second paragraph)

We hope you will make the necessary changes to be in compliance with the App Store Review Guidelines and will resubmit your revised binary.

Best regards,
Bohdan
App Store Review

<KardiaBand_SmartRhythm.pdf>