# EXHIBIT 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



APL-ALVCOR_00078635

On Dec 8, 2017, at 12:05 PM, Bohdan Kosenko <​█████████> wrote:

Hello Frank,

Thanks for your time on the phone today.

As we discussed, your app is out of compliance with guideline 4.2.1. Specifically, your app uses the HKWorkoutSession API, but it does not appear to include any primary features that require fitness data.

The intended use of HKWorkoutSession is to share fitness data with other apps or devices, and it should be used only in apps that require this data as a part of the app's core functionality.

To resolve this issue, please remove this HealthKit functionality from your app, as well as any references to this app's interactivity with HealthKit from the app or its metadata.

We hope you will consider making the necessary changes to be in compliance with the App Store Review Guidelines and will resubmit your revised binary.

Best Regards,
Bohdan
App Store Review

This email and any attachments may be privileged and may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-ALVCOR_00078636