# EXHIBIT 23

Message

From: Alex Valys
Sent: 1/10/2019 9:00:49 PM
To: Frank Petterson
Subject: SR2 Performance

Frank,

[redacted]

The last time I looked at this was November 1, and the numbers I reported before are still accurate:

[redacted]

- An ECG recorded within 15 minutes of an SR1 notification is AF 16% of the time

Last time this seemed like sufficient evidence that SR2 was working just as well on watchOS5 as on watchOS4. [redacted]

So presumably, the sensitivity is lower despite the PPV coming out (surprisingly) the same. [redacted]

Alex

EXHIBIT 9  1/17/23  Valys

Highly Confidential—Attorney's Eyes Only

AliveNDCal_01516267