QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for AliveCor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Apple Inc.,<br><br>　　　　　Defendant. | CASE NO. 4:21-cv-03958-JSW<br><br>**DECLARATION OF ADAM WOLFSON IN SUPPORT OF PLAINTIFF ALIVECOR, INC'S COMBINED REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO APPLE INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Jeffrey S. White |

**Declaration of Adam Wolfson**

I, Adam Wolfson, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for plaintiff AliveCor, Inc. ("AliveCor") in the above-captioned action. I make this declaration in support of AliveCor's Combined Reply in Further Support of Its Motion for Partial Summary Judgment and Opposition to Apple Inc.'s Cross-Motion for Summary Judgment ("Motion").

2. In the below paragraphs, I attach and identify several exhibits AliveCor cites in support of its Motion. I provide certain excerpts and quotations that I believe are useful for the Court's analysis of that Motion, but also note the exhibits themselves contain highlighting that AliveCor applied for the same purpose. These highlights typically exceed what I excerpt in this declaration.

3. Attached as **Exhibit 46** is a true and correct copy of a document produced by Apple to AliveCor in this case bearing Bates APL-ALVCOR_00669487 (Caldbeck Ex. 82)[1]. This ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Attached as **Exhibit 47** is a true and correct copy of a webpage entitled "Track your AFib History with Apple Watch" from Apple's support page (Serwin Ex. 3). On page 4 of this document, Apple informs users of its "AFib History" feature—a feature that "periodically checks your heart rhythm for signs of AFib"—that "[s]ince the irregular rhythm notifications feature is not intended for people with AFib, [] is turned off automatically when you set up AFib History."

5. Attached as **Exhibit 48** is a true and correct copy of a document produced by Apple to AliveCor in this case bearing Bates APL_ALVCOR_00436045 (Tan Ex. 25). In this ▮▮▮▮

---

[1] "(__ Ex. __)" is used to identify documents that were introduced as exhibits in depositions pursuant to this case.

1 ██████████████████████████████████████████████████

2 ██████████████████████████████████████████████████

3 ██████████████████████████████████████████████████

4 ████████████████████████████████████

5    6.    Attached as **Exhibit 49** is a true and correct copy of the deposition transcript of

6 Mr. Frank Petterson, AliveCor's former Chief Technology Officer, taken on January 18, 2023.

7    7.    Attached as **Exhibit 50** is a true and correct copy of a document produced by Apple

8 to AliveCor in this case bearing Bates APL_ALVCOR_00078856 (Tan Ex. 14). In this ████

9 ██████████████████████████████████████████████████

10 ██████████████████████████████████████████████████

11 ██████████████████████████████████████████████

12 ████

13    8.    Attached as **Exhibit 51** is a true and correct copy of the deposition transcript of

14 Dr. Michael Foley, Apple's industry expert in this case who provided opinions with respect to

15 software development and release management best practices. This deposition was taken on June

16 21, 2023.

17    9.    Attached as **Exhibit 52** is an index of customer complaints from after Apple's

18 introduction of HRNN in watchOS 5. Users reported issues such as inaccurate heart rates and heart

19 rates not registering during exercise.

20    10.   Attached as **Exhibit 53** is a true and correct copy of a document produced by Apple

21 to AliveCor in this case bearing Bates APL-ALVCOR_00658035 (Tan Ex. 18). In this March

22 2015 email exchange, a third-party app developer asks Apple a series of questions regarding the

23 Watch's heartrate data, including "how often the the [sic] watch will be putting data into

24 HealthKit," and "What form will that data take?" ('035). Christopher Tan responds on behalf of

25 Apple: "We have not shared that information." *Id.*

26    11.   Attached as **Exhibit 54** is a true and correct copy of a document produced by Apple

27 to AliveCor in this case bearing Bates APL-ALVCOR_00034941 (Shapiro Ex. 66). This

28 document is ████████████████████████████████████████

1 ████████

2 ████████

3 ████████

4 ████████

5 ████████

6 ████████

7 ████████

8    12.    Attached as **Exhibit 55** is a true and correct copy of a document produced by AliveCor to Apple in this case bearing Bates APL-ALVCOR_00878832 (Tan Ex. 24). In this ████████

13.    Attached as **Appendix A** is a collection of evidence that rebuts points made in Dr. Waydo's declaration (Dkt. 220-5). In particular, Appendix A addresses Dr. Waydo's claims regarding AliveCor's proposal for how Apple could have continued to make HRPO-generated heart rate values available to third-party app developers. It also addresses Dr. Waydo's assertions regarding the processing, memory, and other costs associated with continuing to make those HRPO-generated heart rate values available.

14.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 24, 2023 in Los Angeles, California.

DATED:  August 24, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Adam B. Wolfson*
      Adam B. Wolfson