CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

NICOLA T. HANNA (SBN 130694)
  nhanna@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
  jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Apple Inc.*

SEAN PAK (SBN 219032)
  seanpak@quinnemanuel.com
ADAM WOLFSON (SBN 262125)
  adamwolfson@quinnemanuel.com
ANDREW M. HOLMES (SBN 260475)
  drewholmes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone: 415.875.6600
Facsimile: 415.875.6700

*Attorneys for Plaintiff AliveCor, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AliveCor, Inc.,<br><br>            Plaintiff,<br><br>   v.<br><br>Apple Inc.,<br><br>            Defendant. | CASE NO. 4:21-CV-03958-JSW-SK<br><br>**JOINT MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>The Honorable Jeffrey S. White |

Gibson, Dunn & Crutcher LLP

Plaintiff AliveCor, Inc. ("AliveCor") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby respectfully move to remove the documents filed as Dkt. Nos. 277-30, 277-51, 278-42, 278-43, 278-46, 278-63, 278-74, and 278-75 (collectively, the "Documents") from the public docket in this case.

Dkt. Nos. 277-30 and 278-63 are copies of the same underlying document, which was originally filed under seal by Apple and AliveCor at Dkt. Nos. 222-9 and 193-32, respectively.

Dkt. Nos. 277-51 and 278-74 are copies of the same underlying document, which was originally filed under seal by Apple and AliveCor at Dkt. Nos. 222-53 and 193-43, respectively.

Dkt. No. 278-42 is a document that was originally filed under seal by AliveCor at Dkt. No. 193-11.

Dkt. No. 278-43 is a document that was originally filed under seal by AliveCor at Dkt. No. 193-12.

Dkt. No. 278-46 is a document that was originally filed under seal by AliveCor at Dkt. No. 193-15.

Dkt. No. 278-75 is a document that was originally filed under seal by AliveCor at Dkt. No. 193-44.

The Parties moved to permanently seal portions of the Documents in their respective sealing motions filed on November 2, 2023. *See* Dkt. Nos. 249 and 250. The Court granted in relevant part the motions. Dkt. No. 254. Pursuant to the Court's order, the Parties filed public redacted versions of the Documents on December 20, 2023. *See* Dkt. Nos. 277 and 278. The public redacted versions of the Documents inadvertently omitted certain redactions of confidential and Court-ordered sealable information. *See* Dkt. Nos. 249 and 250.

The Parties discovered the missing redactions on December 28, 2023, and the Parties immediately e-mailed the Court's Civil Case Docketing and Docketing Correction Office to request that the Documents be locked from public view. The Parties also called the ECF Help Desk to request expedited handling. The parties understand that the Documents have been temporarily locked from public view.

1    The Parties have attached a corrected version of each of the Documents to this motion. The

2  corrected versions are identical to the Documents in all respects except that the redactions that were

3  inadvertently omitted in the Parties' previous filing have been added.

4    The corrected version of Dkt. Nos. 277-30 and 278-63 is attached as Exhibit A.

5    The corrected version of Dkt. Nos. 277-51 and 278-74 is attached as Exhibit B.

6    The corrected version of Dkt. No. 278-42 is attached as Exhibit C.

7    The corrected version of Dkt. No. 278-43 is attached as Exhibit D.

8    The corrected version of Dkt. No. 278-46 is attached as Exhibit E.

9    The corrected version of Dkt. No. 278-75 is attached as Exhibit F.

10    For these reasons, the Parties respectfully request that the Court grant this Joint Motion to

11  Remove Incorrectly Filed Documents, remove the Documents permanently from the public docket and

12  ECF, and order that the corrected versions of the Documents attached to this Joint Motion replace the

13  incorrectly filed versions.

14

15  DATED: January 2, 2024                GIBSON, DUNN & CRUTCHER LLP

16                                        By:  /s/ *Jason C. Lo*
                                               Jason C. Lo

17
18                                        *Attorney for Defendant Apple Inc.*

19                                        QUINN EMANUEL URQUHART & SULLIVAN LLP

20
21                                        By:  /s/ *Adam Wolfson*
                                               Adam Wolfson

22                                        *Attorney for Plaintiff AliveCor, Inc.*

23

24

25

26

27

28

1

**N.D. Cal. Civil Local Rule 5-1 Attestation**

2

     I, Jason C. Lo, am the ECF User whose credentials were utilized to file this JOINT MOTION

3

TO REMOVE INCORRECTLY FILED DOCUMENTS.  In accordance with N.D. Cal. Civil Local

4

Rule 5-1(h)(3), I hereby attest that Adam Wolfson concurred in the filing of this document.

5

6

Dated: January 2, 2024                         */s/ Jason C. Lo*

7

                                           Jason C. Lo

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28