# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AliveCor, Inc.,

                    Plaintiff,

        v.

Apple Inc.,

                    Defendant.

CASE NO. 4:21-CV-03958-JSW-SK

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL THE JOINT MOTION REGARDING THE SEALING OF PORTIONS OF SUMMARY JUDGMENT PRESENTATIONS AND HEARING TRANSCRIPT**

Re: Dkt. No. 281

Before this Court is Defendant Apple Inc.'s ("Apple") Administrative Motion to Seal the Joint Motion Regarding the Sealing of Portions of Summary Judgment Presentations and Hearing Transcript ("Motion to Seal").

Having considered the Motion to Seal, all associated declarations, the Court's prior orders regarding the provisional sealing of the summary judgment hearing transcript (Dkt. 266) and the summary judgment hearing demonstratives (Dkts. 274, 275), the Court's prior orders regarding the sealing of summary judgment briefing materials (Dkts. 254, 258, 259), and for good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. Accordingly:

(1)    The unredacted version of the document sought to be sealed by the Motion shall remain under seal; and

(2)    The public shall have access only to the version of the following document sought to be sealed by the Motion in which the confidential portions of the document that the Court orders to be sealed have been redacted;

(3)    Apple shall file the public version of the following document within 14 days of this Order:

| Document | Portion to Be Filed Under Seal | Reason for Sealing | Ruling |
|---|---|---|---|
| Joint Motion Regarding the Sealing of Portions of Summary Judgment Presentations and Hearing Transcript | Portions of AliveCor's Position Statement on page 2 | AliveCor's position statement in the Joint Motion contains specific descriptions and exact quotations of Apple's competitively sensitive, non-public business and technical information, including information reflecting business plans and/or analysis, technical product development, strategic considerations, and/or internal business discussions identifying various considerations, and it would be harmful to Apple if this proprietary and confidential information were disclosed publicly. Moreover, in addition to being provisionally sealed by | Denied |

ORDER GRANTING IN PART AND DENYING IN PART APPLE'S ADMINISTRATIVE MOTION TO SEAL THE JOINT MOTION REGARDING THE SEALING OF PORTIONS OF MSJ PRESENTATIONS AND HEARING TRANSCRIPT, CASE NO. 4:21-CV-03958-JSW-SK

| | | | |
|---|---|---|---|
| | | the Court in Dkts. 274 and 275, the sources of the information were sealed by the Court when submitted in connection with the Parties' motions for summary judgment and/or when stated in the Court's Notice of Questions for the Hearing. *See* Dkts. 254, 258, 259, 264. | |
| Joint Motion Regarding the Sealing of Portions of Summary Judgment Presentations and Hearing Transcript | Portions of AliveCor's Position Statement on page 3 | AliveCor's position statement in the Joint Motion contains specific descriptions and exact quotations of Apple's competitively sensitive, non-public business and technical information, including information reflecting business plans and/or analysis, technical product development, strategic considerations, and/or internal business discussions identifying various considerations, and it would be harmful to Apple if this proprietary and confidential information were disclosed publicly. Moreover, in addition to being provisionally sealed by the Court in Dkts. 274 and 275, the sources of the information were sealed by the Court when submitted in connection with the Parties' motions for summary judgment and/or when stated in the Court's Notice of Questions for the Hearing. *See* Dkts. 254, 258, 259, 264. | Granted |
| Joint Motion Regarding the Sealing of Portions of Summary Judgment Presentations and Hearing Transcript | Portions of AliveCor's Opposition Statement on page 7 | AliveCor's position statement in the Joint Motion contains specific descriptions and exact quotations of Apple's competitively sensitive, non-public business and technical information, including information reflecting business plans and/or analysis, technical product development, strategic considerations, and/or internal business discussions identifying various considerations, and it would be harmful to Apple if this proprietary and confidential information were disclosed publicly. Moreover, in addition to being provisionally sealed by | Granted |

ORDER GRANTING IN PART AND DENYING IN PART APPLE'S ADMINISTRATIVE MOTION TO SEAL THE JOINT MOTION REGARDING THE SEALING OF PORTIONS OF MSJ PRESENTATIONS AND HEARING TRANSCRIPT, CASE NO. 4:21-CV-03958-JSW-SK

| | | | |
|---|---|---|---|
| | | the Court in Dkts. 274 and 275, the sources of the information were sealed by the Court when submitted in connection with the Parties' motions for summary judgment and/or when stated in the Court's Notice of Questions for the Hearing. *See* Dkts. 254, 258, 259, 264. | |
| Joint Motion Regarding the Sealing of Portions of Summary Judgment Presentations and Hearing Transcript | Portions of AliveCor's Opposition Statement on page 22 | AliveCor's position statement in the Joint Motion contains specific descriptions and exact quotations of Apple's competitively sensitive, non-public business and technical information, including information reflecting business plans and/or analysis, technical product development, strategic considerations, and/or internal business discussions identifying various considerations, and it would be harmful to Apple if this proprietary and confidential information were disclosed publicly. Moreover, in addition to being provisionally sealed by the Court in Dkts. 274 and 275, the sources of the information were sealed by the Court when submitted in connection with the Parties' motions for summary judgment and/or when stated in the Court's Notice of Questions for the Hearing. *See* Dkts. 254, 258, 259, 264. | Granted |
| Joint Motion Regarding the Sealing of Portions of Summary Judgment Presentations and Hearing Transcript | Portions of AliveCor's Opposition Statement on page 24 | AliveCor's position statement in the Joint Motion contains specific descriptions and exact quotations of Apple's competitively sensitive, non-public business and technical information, including information reflecting business plans and/or analysis, technical product development, strategic considerations, and/or internal business discussions identifying various considerations, and it would be harmful to Apple if this proprietary and confidential information were disclosed publicly. Moreover, in addition to being provisionally sealed by | Granted |

3

ORDER GRANTING IN PART AND DENYING IN PART APPLE'S ADMINISTRATIVE MOTION TO SEAL THE JOINT MOTION REGARDING THE SEALING OF PORTIONS OF MSJ PRESENTATIONS AND HEARING TRANSCRIPT, CASE NO. 4:21-CV-03958-JSW-SK

| | | the Court in Dkts. 274 and 275, the sources of the information were sealed by the Court when submitted in connection with the Parties' motions for summary judgment and/or when stated in the Court's Notice of Questions for the Hearing. *See* Dkts. 254, 258, 259, 264. | |
|---|---|---|---|

**IT IS SO ORDERED.**

DATED:  January 31, 2024          By:  _____

The Honorable Jeffrey S. White
United States District Judge

4