UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVECOR, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 21-cv-03958-JSW<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order granting Defendant Apple, Inc.'s Motion for Summary Judgment (Dkt. No. 285), it is HEREBY ORDERED that final judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 6, 2024

_____
JEFFREY S. WHITE
United States District Judge